UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Naquon Ford

_____
Plaintiff,
[Insert full name of plaintiff/prisoner]

-against-

Corporal Harvey
Corporal Campodonico
Seargant C
Armour Health
SERT TEAM members

_____
Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 25 2021 ★
BROOKLYN OFFICE

**CV 21 5945**

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**CHEN, J.**

JURY DEMAND
YES ✓   NO ___

**LOCKE, M.J.**

RECEIVED
OCT 25 2021
PRO SE OFFICE

I. Parties: (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff   Naquon Ford

If you are incarcerated, provide the name of the facility and address.

Nassau County Correctional Facility
100 Carman Avenue
East Meadow, New York 11554

Prisoner ID Number:   2021001683

1

If you are not incarcerated, provide your current address:

_____

_____

_____

Telephone Number: _____

B. **List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Full Name: Seargant C

Job Title: Oversees everyone gives orders

Address: 100 Carman Avenue East meadow, Newyork 11554

Defendant No. 2

Full Name: Corporal Campodonico

Job Title: Corporal of the teir

Address: 100 Carman avenue East meadow, Newyork 11554

Defendant No. 3

Full Name: Armour Health

Job Title: Providing medical care

Address: 100 Carman Avenue

_East Meadow, New York 11554_
Address

Defendant No. 4    **Corporal Harvey**
Full Name

(Corporal) Head other officers on platoon or dorms
Job Title

100 Carman Avenue
East Meadow, New York 11554
Address

Defendant No. 5    **Security Emergency Response TEAM**
Full Name

SERT Members Enforce and Obtain order through Force
Job Title

100 Carman Avenue
East Meadow, New York 11554
Address

## II. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? In Nassau County Jail and E 1G Dorm, and the Hallways of G & H Dorm.

When did the events happen? (include approximate time and date) These events happened on the date of March 11th 2021, around a little after 4pm maybe a little before 5pm because they held our food late at the time...

3

where I came back to, and told them something wasn't right and that I need a doctor to see me, I then passed out again after being denied treatment, I have bad dreams, Anxiety attacks around officers..

III. Relief: State what relief you are seeking if you prevail on your complaint.

I want to be compensated for what I now have to deal with and the fact I now get Bad Headaches, Bad Anxiety attacks around certain officers and C.O.S, I even have a hard time sleeping at night Because of What I feel may or may not happen while being incarcerated. I want an amount of $50 million dollars for emotional distress and pain and suffering.

I declare under penalty of perjury that on __10/13/21__, I delivered this
(date)
complaint to prison authorities at __Nassau Correctional Facility__ to be mailed to the United
(name of prison)
States District Court for the Eastern District of New York.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/13/2021

_____
Signature of Plaintiff

__Nassau County Correctional Facility__
Name of Prison Facility or Address if not incarcerated

__100 Carman Avenue__
__East Meadow, New York__
__11554__
Address

__2021001683__
Prisoner ID#

State of: NEW YORK
County of: NASSAU
The foregoing document was acknowledged before me 13 day of OCTOBER, 2021
_____
KEVIN M BERRY, Notary Public
My Commission Expires: APRIL 26, 2025

KEVIN MICHAEL BERRY
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BE6416781
Qualified in Nassau County
Commission Expires April 26, 2025

5

100 Carman Avenue
East Meadow, N.Y. 11554

Naquon Ford
cc-2021001683/E-1-C-18

First Class Mail

United States District Court

Eastern District of New York

225 Cadman Plaza East, Brooklyn

NewYork 11201

Attention: Pro Se Office